# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| STANLEY GRISSOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-3244-CV-S-SWH |
| | ) |
| JAMES ARNOTT, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE REGARDING EXHIBIT ATTACHMENT

The following exhibits are attachments to Defendants' Reply Suggestions in Support of their Motion for Summary Judgment. They are in hard-copy form and are being maintained in the case file in the Clerk's office:

1. Exhibit 1 – Affidavit of James Jenkins previously filed with the Court and exhibits attached thereto.

2. Exhibit 2 – Pages 34, 39, 95, 108 and 168 of the deposition of Plaintiff Stanley Grissom.

3. Exhibit 3 – Plaintiff's Second Amended Complaint.

4. Exhibit 4 – Affidavit of Defendant James Arnott previously filed with the Court.

OFFICE OF GREENE COUNTY COUNSELOR

By: /s/ Theodore L. Johnson, III
Theodore L. Johnson, III
Missouri Bar No. 20357
tjohnson@lowtherjohnson.com

By: /s/ John W. Housley
John W. Housley
Missouri Bar No. 28708
jhousley@lowtherjohnson.com

By: /s/ Greggory D. Groves
Greggory D. Groves
Missouri Bar Number 35526
901 St. Louis, 20th Floor
Springfield, Missouri 65806
ggroves@lowtherjohnson.com
Telephone 417-866-7777
Facsimile 417-866-1752
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

     I hereby certify that on November 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Craig R. Heidemann
Nathan A. Duncan
Douglas, Haun & Heidemann, P.C.
111 W. Broadway, P.O. Box 117
Bolivar, MO 65613

/s/ Greggory D. Groves