IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

STANLEY GRISSOM, )
 )
    Plaintiff, )
 )
    vs. ) Case No. 09-3244-CV-S-SWH
 )
JAMES ARNOTT, et al. )
 )
    Defendants. )

**DEFENDANTS' EXHIBIT LIST FOR THEIR REPLY
SUGGESTIONS IN SUPPORT OF THEIR
<u>MOTION FOR SUMMARY JUDGMENT</u>**

1. Exhibit 1 – Affidavit of James Jenkins previously filed with the Court and exhibits attached thereto.

2. Exhibit 2 – Pages 34, 39, 95, 108 and 168 of the deposition of Plaintiff Stanley Grissom.

3. Exhibit 3 – Plaintiff's Second Amended Complaint.

4. Exhibit 4 – Affidavit of Defendant James Arnott previously filed with the Court.

    OFFICE OF GREENE COUNTY COUNSELOR

    By: <u>/s/ Theodore L. Johnson, III</u>
        Theodore L. Johnson, III
        Missouri Bar No. 20357
        tjohnson@lowtherjohnson.com

    By: <u>/s/ John W. Housley</u>
        John W. Housley
        Missouri Bar No. 28708
        jhousley@lowtherjohnson.com

    By: <u>/s/ Greggory D. Groves</u>
        Greggory D. Groves
        Missouri Bar Number 35526
        901 St. Louis, 20th Floor
        Springfield, Missouri 65806

ggroves@lowtherjohnson.com
Telephone 417-866-7777
Facsimile 417-866-1752
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

  I hereby certify that on November 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Craig R. Heidemann
Nathan A. Duncan
Douglas, Haun & Heidemann, P.C.
111 W. Broadway, P.O. Box 117
Bolivar, MO 65613

                /s/ Greggory D. Groves